# United States District Court

Southern **DISTRICT OF** California    2007 DEC 14 AM 11:52

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY __KNt__ DEPUTY

| In the Matter of the Search of<br>(Name, address or brief description of person or property to be searched)<br>Express Mail Parcel #EB794472650US addressed to Baymont Inn Tre Roberts 5612 Lenox Ave Nashville TN 37209. The parcel has the return address information of Just Us 225 Bay Blvd Chula Vista CA 91910. | **SEARCH WARRANT**<br><br>CASE NUMBER: '07 MJ 2818 |
|---|---|

TO:    Kelly E. Cain, Postal Inspector    and any Authorized Officer of the United States

Affidavit(s) having been made before me by    Kelly E. Cain    who has reason to
                                                              Affiant
believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)
Express Mail Parcel #EB794472650US addressed to Baymont Inn Tre Roberts 5612 Lenox Ave Nashville TN 37209. The parcel has the return address information of Just Us 225 Bay Blvd Chula Vista CA 91910 which is in the custody of the U. S. Postal Inspection Service.

in the Southern                    District of California                there is now
concealed a certain person or property, namely (describe the person or property)

    Controlled substances, materials, and documents reflecting the distribution of
    controlled substances through the United States Mail, including money paid for
    controlled substances, in violation of Title 21, United States Code, Sections
    841(a)(1), 843(b) and 846

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before    12/15/2007
Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime – 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to    Ruben Brooks
                                                                                U. S. Judge or Magistrate
as required by law.



at    San Diego, CA
      City and State

12/5/2007 at 1:35 p.m.
Date and Time Issued

RUBEN B. BROOKS
U.S. MAGISTRATE JUDGE    U.S. Magistrate Judge    /s/ Ruben Brooks
Name and Title of Judicial Officer                    Signature of Judicial Office

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED 12/5/07 | DATE AND TIME WARRANT EXECUTED 12/5/07 AT 2:44 PM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH UNITED STATES POSTAL SERVICE |
| INVENTORY MADE IN THE PRESENCE OF POSTAL INSPECTORS KELLY CAIN, ANA FLORES, PHIL GARN AND SEAN MACKIN |||

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

EXPRESS MAIL PARCEL # EB794472650US WAS A BROWN CARDBOARD BOX WRAPPED IN BROWN PAPER AND PLASTIC WRAP. INSIDE THE BOX WAS ONE BUNDLE OF MARIJUANA WEIGHING APPROXIMATELY 3,754 GRAMS AND NEWSPAPER WRAPPINGS. THE BUNDLE OF MARIJUANA HAD WHITE POWDER ON IT AND WAS WRAPPED IN LAYERS OF PLASTIC WRAPPINGS, DRYER SHEETS, LIQUID SOAP AND AN UNKNOWN LIQUID MASKING AGENT.

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

*[signature: Kelly E. C.]*

Subscribed, sworn to, and returned before me this date.

*[signature]*
U.S. Judge or Magistrate

12/14/2007
Date